JS-6

Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART, III, | Case No.: 8:16-cv-564 PA (JCx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; BANK OF AMERICA, N.A. and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action in its entirety with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: January 11, 2017          BY: _____
                                    UNITED STATES DISTRICT JUDGE